**Henry Alejandro Salinas MILLAN, Petitioner,**

v.

**U.S. ATTORNEY GENERAL, Respondent.**

No. 06–13648.

United States Court of Appeals, Eleventh Circuit.

Dec. 5, 2007.

Jose Bernardo Lovo, Mario M. Lovo, Law Offices of Mario M. Lovo, P.A., Miami, FL, for Petitioner.

Kathleen M. Salyer, Laura Thomas Rivero, Anne R. Schultz, U.S. Attorney's Office, Miami, FL, David V. Bernal, US-DOJ, Office of Immigration Litigation, Margaret K. Taylor, Washington, DC, for U.S. Attorney General.

Before DUBINA and KRAVITCH, Circuit Judges, and GOLDBERG,* Judge.

PER CURIAM:

Henry Alejandro Salinas Millan, a citizen of Colombia, petitions for review of the Board of Immigration Appeals's ("BIA") decision affirming the Immigration Judge's ("IJ") denial of his claims for asylum, withholding of removal, and relief under the United Nations Convention Against Torture (CAT).[1]

---

* Honorable Richard W. Goldberg, United States Court of International Trade Judge, sitting by designation.

1. The IJ's hearing and the BIA's review addressed the consolidated claims of Millan and

After reviewing the record, reading the parties' briefs, and having the benefit of oral argument, we conclude that the record evidence is sufficient to establish past persecution.

Accordingly, we grant the petition for review and remand this case to the BIA to further consider the case in light of our recent precedents of *Sanchez Jimenez v. U.S. Att'y Gen.,* 492 F.3d 1223 (11th Cir. 2007), and *Ruiz v. Gonzales,* 479 F.3d 762 (11th Cir.2007).

**PETITION GRANTED.**

---

his two cousins. His cousins later sought voluntary dismissal of their petitions and are no longer part of the case before us.